```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
```
Jenna Bickelmann, et. al.,

            Plaintiffs,

        v.                                    19 Civ. 4653 (DAB)
                                                ORDER

Samuel Klein, et. al.

           Defendants.
```
---------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

    This case is dismissed in its entirety, with prejudice, for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) ("[T]he authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted." (quoting Link v. Wabash R.R. Co., 370 U.S. 626, 629 (1962))).

SO ORDERED.

Dated:   New York, New York

         November 14, 2019

                                                _____
                                                   Deborah A. Batts
                                         United States District Judge